# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 23-30154
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
October 5, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Robert Lee Daniel, III,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:22-CR-139-1

———————————————————————

Before Jones, Southwick, and Ho, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Robert Lee Daniel, III, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Daniel has not filed a response. We have reviewed counsel's brief and the relevant portions of the record

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-30154

reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.